■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TIMIKA REYNOLDS, Appellant. [771 NYS2d 677]—Appeal by the defendant from a judgment of the County Court, Suffolk County (Braslow, J.), rendered October 9, 2002, convicting her of grand larceny in the third degree, upon her plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's plea was knowingly, voluntarily, and intelligently made (*see People v Harris,* 61 NY2d 9, 17 [1983]). Furthermore, the Supreme Court providently exercised its discretion in denying the defendant's motion to withdraw her plea without conducting a hearing or assigning new counsel (*see People v Anderson,* 284 AD2d 544, 545 [2001]). The defendant's reliance on *People v Wilson* (15 NY2d 634 [1964]) is misplaced in that the basis for denying the defendant's motion appears on the face of the record of her plea allocation. Ritter, J.P., S. Miller, Townes, Crane and Rivera, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EMANUEL SANTANA, Appellant. [771 NYS2d 677]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated October 28, 1996 (*People v Santana,* 232 AD2d 663 [1996]), affirming three judgments of the Supreme Court, Queens County, all rendered March 31, 1994.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes,* 463 US 745 [1983]). Prudenti, P.J., Ritter, Santucci and Goldstein, JJ., concur.